# COMMONWEALTH OF VIRGINIA



MARTINSVILLE CIRCUIT COURT
Civil Division
55 W. CHURCH ST., BOX 1206
MARTINSVILLE VA
(276) 403-5106

Summons

To: CT CORPORATION SYSTEM
REG AGENT FOR
MARTINSVILLE PLASA, LLC
4701 COX RD, SUITE 285
GLEN ALLEN VA 23060-6808

Case No. 690CL20000119-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, February 02, 2021

Clerk of Court: ASHBY R. PRITCHETT

by _____
(CLERK/DEPUTY CLERK)

Instructions: PLEASE SEE THE ATTACHED COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Hearing Official:

Attorney's name: ARMENTROUT, TERRY L
ARMENTROUT ACCIDENT & INJURY
2 SOUTH MAIN ST, RM 301A
HARRISONBURG VA 22802

VIRGINIA:    IN THE MARTINSVILLE CIRCUIT COURT

TREVIA DILLARD,                )
                               )
    *Plaintiff,*               )
                               )
v.                             )    At Law No.: ___CL20000119-00
                               )
THE LESTER GROUP, INC.,        )
                               )
and                            )
                               )
MARTINSVILLE PLAZA, LLC,       )
                               )
    *Defendants.*             )
_____)

## COMPLAINT

COMES NOW the plaintiff, Trevia Dillard, by counsel, and moves this Court for judgment against the defendants, The Lester Group, Inc. and Martinsville Plaza, LLC in the amount of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00) by reason of the following:

1. The plaintiff, Trevia Dillard, is a resident of Martinsville, Virginia, with an address of 1209 Roundabout Road, Martinsville, Virginia 24112.

2. The defendant, The Lester Group, Inc., is a business who owns the building located at 600 Commonwealth Boulevard, Martinsville, Virginia.

3. The defendant, Martinsville Plaza, LLC, is a business who manages the property located at 600 Commonwealth Boulevard, Martinsvillle, Virginia.

4. On or about May 18, 2018 plaintiff was working at Roses Discount Stores, a tenant of defendants, located at 600 Commonwealth Boulevard, Martinsville, Virginia when the roof collapsed.

5. The defendants were negligent in that defendants:

    a. failed to use ordinary care to have the premises in a reasonably safe condition, and

    b. failed to use ordinary care to warn the plaintiff of any unsafe condition.

6. As a direct and proximate result of the above described incident, plaintiff was caused to suffer serious and permanent injuries, has suffered and will in the future suffer pain of the body and mind, has incurred and will in the future incur medical and related expenses, and has been deprived of earnings and earning capacity.

WHEREFORE, the plaintiff, Trevia Dillard, moves this Court for judgment against the defendants, The Lester Group, Inc. And Martinsville Plaza, LLC in the amount of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00), with interest and for her costs herein expended.

TRIAL BY JURY IS DEMANDED.

TREVIA DILLARD

By Counsel

_____
Terry L. Armentrout (VSB # 29066)
ARMENTROUT ACCIDENT & INJURY LAW, LLC
Two South Main Street, Suite 301
Harrisonburg, Virginia 22802
Phone (540) 564-1466/Fax (540) 434-7929
Counsel for Plaintiff

```
VALIDATE CASE PAPERS
RCPT : 20000001693
DATE : 05/01/2020 TIME: 15:45
CASE : 690CL20000119-00
ACCT : DILLARD, TREVIA
AMT. : $294.00
```

2

**VIRGINIA:   IN THE CIRCUIT COURT FOR MARTINSVILLE**

| | |
|---|---|
| TREVIA DILLARD,         )<br>                                                     )<br>          *Plaintiff,*                    )<br>                                                     )<br>v.                                              )          At Law No.: CL20000119-00<br>                                                     )<br>THE LESTER GROUP, INC.,     )<br>                                                     )<br>and                                          )<br>                                                     )<br>MARTINSVILLE PLAZA, LLC,  )<br>                                                     )<br>          *Defendants.*               )<br>_____) | |

Serve:    George W. Lester, II, Registered Agent
              The Lester Group, Inc.
              14 E. Liberty Street
              P.O. Drawer 4991
              Martinsville, VA 24115

### PLAINTIFF'S INTERROGATORIES PROPOUNDED TO THE DEFENDANT

Pursuant to Rule 4:8 of the Rules of the Supreme Court of Virginia, the Defendant, The Lester Group, Inc., is hereby requested to answer the following Interrogatories propounded upon it by the Plaintiff, serving sworn statement within twenty-eight (28) days after service thereof.

### INSTRUCTIONS

A.  The terms, "reports" and "documents" mean any written, recorded or graphic material, however, produced or reproduced, containing any mention, discussion, notation or conclusion concerning the subject matter in question.

B. Where the identification of a report or document is required, such identification shall be sufficient for characterization of such reports or documents in a subpoena duces tecum and must include: (1) the date thereof, (2) the name, address, position and legal or technical background of the author, (3) the name, address and position of the recipient, (4) the names, addresses and positions of all circulated or listed as having been circulated; (5) a general description of the subject matter and contents (in lieu of such description, a copy may be attached), (6) the name and address of the present custodian(s) of a copy or copies, (7) a description of the circumstances under which it was sent or received, (8) the location from which it was sent and where it was received.

C. The term "persons", as used herein, shall mean any person, firm, partnership or corporation.

D. Where the identification of a person is required, such identification shall be sufficient to notice a deposition of such person and to serve such person with process to require his or her attendance at a place of examination and must include: (1) name, (2) present or last known address, (3) present or last known business address, (4) title or occupation and employer.

E. For each document which the defendant will contend is privileged or otherwise excluded from discovery, such document shall be identified, its subject matter described and the basis for such claim of privilege or other grounds for exclusion shall be stated.

F. As used herein, the singular of any word or phrase also includes the plural.

G. These Interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

H. "You" or "yours", as used herein, except for Interrogatory number 1, shall mean The Lester Group, Inc., all agents, employees, principals and officers of the defendant and/or its subsidiary and affiliate entities.

## INTERROGATORIES

1. Please identify yourself and each person who assisted in the preparation of the responses to these Interrogatories by name, residence address, social security number, telephone number and business.

ANSWER:

2. Please state whether you are a corporation and, if so, state the name in the current articles of incorporation; all other names used by the corporation in the last ten (10) years and dates each was used; the date and place of incorporation and the address and principal place of business.

ANSWER:

3. Please state the name and address of each person or entity who, on May 18, 2018, owned the real property located at 600 Commonwealth Boulevard, Martinsville, Virginia, where Roses Discount Store is located.

ANSWER:

4. If any portion thereof of the property at 600 Commonwealth Boulevard, Martinsville, Virginia, was subject to any lease on May 18, 2018, please state the name and address of the lessor, the name and address of the lessee, the date the lease was executed, the date of termination, and the name and address of the person who has custody of a copy of the lease.

ANSWER:

5. Identify by name, address and telephone number all witnesses to the incident giving rise to this suit, all persons who investigated the circumstances surrounding said incident, all persons who have made statements, oral or written, concerning the incident, and the dates of such statements, all other persons, not heretofore mentioned, having personal knowledge of facts material to this case including, but not limited to, the condition of the subject building on the date of the incident alleged herein, and all persons with knowledge as to the reputation for truthfulness of the Plaintiff, or any person mentioned in this interrogatory.

ANSWER:

6. Please state the name and address of any liability insurance carrier which covered the incident giving rise to this suit, and please include in this answer the identification number and policy limits of any such policy.

ANSWER:

7. If the named insured in the aforesaid policy is different from you, please state the name and address of the named insured and the insured's relationship to you, if any.

ANSWER:

8. Please describe in detail any and all conversations, sounds, utterances, speech or noises which you heard made by the Plaintiff, at any time, concerning the incident giving rise to this suit.

ANSWER:

9. If an investigation was made by you, or on your behalf, as a result of the accident, please state the date it was made, the name, address, and occupation of each person who made it, whether any report was made of it, and, if so, the name and address of the person who has custody of said report.

ANSWER:

10. If you intend to allege that the Plaintiff was guilty of contributory negligence or in any way assumed the risk for her injuries, please state each act or each such failure to act, on the happening of this accident and the name, address, telephone number and occupation of each and every person who has or knows of evidence to support this allegation.

ANSWER:

11. If you or your attorney have possession of, or know of the existence of, any photographs, drawings, charts, maps, or diagrams which are relevant to the subject matter involved in the pending action, then please describe each item, state the date on which it was made, prepared or taken, state the name and address of the person who made, prepared or took it, state the method by which it was made, prepared or taken, and state the name and address of the custodian.

ANSWER:

12. Please identify each person whom you expect to call as an expert witness at trial and state as to each such person his or her name and address, the subject matter on which the person is expected to testify, the substance of facts and opinions to which the person is expected to testify, the specific data on which the opinion of any such expert is based and the qualifications that make such person an expert.

ANSWER:

13. Do you contend that any other person, business entity, or government entity is responsible in any way for Plaintiff's injuries? If so, please state the name and address of said person and the facts you rely on in making this contention.

ANSWER:

14. At the time of plaintiff's injury, do you contend that any person or entity other than you and your employees was responsible for the maintenance and/or repair of the premises on which plaintiff was injured. If so, please state the name, address, phone number, title or business nature, of such person or entity.

ANSWER:

15. Please state the names and addresses all managers and supervisors physically present at or in the Roses Discount Store on May 18, 2018.

ANSWER:

16. Please state the names and addresses of all non-supervisory employees physically present at or in the Roses Discount Store on May 18, 2018.

ANSWER:


TREVIA DILLARD

By Counsel

_/s/ Terry L. Armentrout_
Terry L. Armentrout (VSB #29066)
ARMENTROUT ACCIDENT & INJURY LAW, LLC
Two South Main Street, Suite 301
Harrisonburg, Virginia 22802
(540) 564-1466/Fax (540) 434-7929

*Counsel for the Plaintiff*

VIRGINIA:   IN THE CIRCUIT COURT FOR MARTINSVILLE

TREVIA DILLARD,

        *Plaintiff,*

v.                                                                        At Law No.: CL20000119-00

THE LESTER GROUP, INC.,

and

MARTINSVILLE PLAZA, LLC,

        *Defendants.*

Serve:   George W. Lester, II, Registered Agent
        The Lester Group, Inc.
        14 E. Liberty Street
        P.O. Drawer 4991
        Martinsville, VA 24115

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS PROPOUNDED TO THE DEFENDANT

COMES NOW the Plaintiff, Trevia Dillard, by Counsel, pursuant to Rule 4:9 of the Rules of the Supreme Court of Virginia, and requests that the Defendant, The Lester Group, Inc., produce the following named documents and tangible things at the law offices of Armentrout Accident & Injury Law, LLC, Two South Main Street, Suite 301, Harrisonburg, Virginia 22802:

1) Any and all photographs both prior and subsequent to Plaintiff's injury which depict the area where Plaintiff was injured in the building.

2) Any and all documents pertaining to the care, upkeep and maintenance of the said building, including cleaning records, inspection records, maintenance and repair records.

3) Any and all incident reports and any documents taken or prepared by Defendant or its agents and representatives regarding the Plaintiff's injuries from the incident of May 18, 2018 which is the subject of this litigation.

4) All documents or other tangible things that support your response to Interrogatory numbers 4, 6, 9, and 12.

5) Any and all documents or other tangible things that support any defenses raised in your grounds of defense or any other affirmative defenses or pleas raised.

TREVIA DILLARD

By Counsel

Terry L. Armentrout (VSB #29066)
ARMENTROUT ACCIDENT & INJURY LAW, LLC
Two South Main Street, Suite 301
Harrisonburg, Virginia 22802
(540) 564-1466/ fax (540) 434-7929
*Counsel for Plaintiff*

2